```
                IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW JERSEY


ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
         v.                     :
                                :       NO. 25-1535
INNOVATIVE WEB SOLUTIONS, LLC   :
et al.                          :
```

**NOTICE OF TELEPHONE CONFERENCE**

A **TELEPHONE CONFERENCE** in the above matter has been scheduled for **March 5, 2025** at **11:30 a.m. (EST)** with the Honorable Harvey Bartle III of the United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

Plaintiffs' counsel is instructed to get all counsel on the telephone and then call in to Chambers at 215-597-2693 to be connected with the Judge promptly at the assigned time.

                                        /s/ S. Renz
                                        S. Renz
                                        Judicial Assistant to
                                        the Honorable Harvey Bartle III
                                        United States District Court Judge
                                        215-597-2693

DATED: March 4, 2025

HB/slr
Copies sent via ECF notification