```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY              :    CIVIL ACTION
CORPORATION, et al.             :
                                :
       v.                       :
                                :
FIRST DIRECT, INC. et al.       :    NO. 25-1480
```

```
ATLAS DATA PRIVACY              :    CIVIL ACTION
CORPORATION, et al.             :
                                :
       v.                       :
                                :
INNOVATIVE WEB SOLUTIONS,       :    NO. 25-1535
LLC, et al.                     :
```

ORDER

AND NOW, this 2nd day of April 2025, after a status conference with counsel, it is hereby ORDERED that:

(1) All previous orders of this court staying these actions are vacated.

(2) Defendants in these actions shall file on or before April 17, 2025 an answer or any pre-trial motions together with supporting briefs. No brief shall exceed 30 pages.

(3) If defendants file any pre-trial motions to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, plaintiffs shall file one consolidated opposing brief on or before May 8, 2025. The brief shall not exceed 30 pages.

(4)  Defendants shall file any reply on or before May 15, 2025.  Any reply brief shall not exceed 10 pages.

(5)  If defendants file any motion to dismiss pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, plaintiffs shall serve on or before April 24, 2025 any interrogatories and requests for production of documents relevant to any such motions. Plaintiffs are precluded from additional discovery without further order of the court.

(6)  Defendants shall serve on or before May 27, 2025 answers to interrogatories and documents in response to requests for production.

(7)  The court will thereafter schedule a status conference concerning any pending motions under Rule 12(b)(2) of the Federal Rules of Civil Procedure.

> BY THE COURT:
>
> /s/ Harvey Bartle III
>                             J.