UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**: June 16, 2025

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:** SHARON RICCI

**TITLE OF CASE:**  **DOCKET NO.:** 25-1535 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
INNOVATIVE WEB SOLUTIONS, LLC, et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**:  MOTION HEARING; STATUS CONFERENCE

Hearing on [15] Motion to Dismiss held on the record.
Status conference held on the record.

s/Lawrence Macstravic
Deputy Clerk

Time Commenced:   1:02p.m.    Time Adjourned: 1:06p.m.    Total Time in Court: 0:04