

**Jessica A. Merejo, Esq.**
**Senior Associate**
jmerejo@pemlawfirm.com
*Office:* +1 973.577.5500
*Direct:* +1 973.567.7832

December 10, 2025

<u>VIA CM/ECF</u>

Hon. Harvey Bartle, III, U.S.D.J.
U.S. District Court, District of New Jersey (by designation)
c/o U.S. District Court, Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

    Re:  <u>In re Daniel's Law Compliance Litigation</u>
       Civil Action Nos.  24-4098 (Quantarium Alliance, LLC)
              25-1535 (Innovative Web Solutions, LLC)

Dear Judge Bartle:

  This firm represents plaintiffs, Atlas Data Privacy Corporation ("Atlas"), *as assignee of individuals who are covered persons* ("Assignors") under <u>N.J.S.A.</u> 56:8-166.1(d) ("Daniel's Law"); and the individual plaintiffs (Individual Plaintiffs with Atlas collectively, "Plaintiffs") in the above-referenced matters. We write on behalf of the Plaintiffs to respectfully request the Court's assistance in scheduling two remaining depositions in the above-referenced cases.

  Plaintiffs noticed personal jurisdiction depositions in the above-referenced cases on September 26, 2025, for a mutually agreed-upon date before October 30, 2025. On October 30, 2025, at Plaintiffs' request, Your Honor extended that deadline to December 1, 2025. On November 25, 2025, your Honor granted Plaintiffs' request to extend the deadline again through December 22, 2025.

  On November 24, 2025, Plaintiffs wrote to Defendants' counsel to schedule depositions of Innovative Web Solutions, LLC and Quantarium Alliance, LLC.[1] Defendants' counsel did not respond. Plaintiffs wrote again on November 30, 2025, to which Defendants responded "we are working on this." Plaintiffs wrote twice more on December 1 and 2 and received no response.

  On December 3, 2025, Plaintiffs noticed the depositions for December 16 and 17, 2025. Defendants did not respond. Plaintiffs wrote to confirm that Defendants would appear for the

---

[1] The parties' correspondence is attached as Exhibit A.

Hon. Harvey Bartle, III, U.S.D.J.
December 10, 2025
Page **2** of **2**

noticed depositions on December 8. Defendants responded to only say they were "working with [their] clients to obtain confirmation," but stated they were not available on December 16, 2025.

      Plaintiffs followed up on December 8 and 9 to confirm dates for the depositions, but Defendants have yet to do so. Given the deadline is in less than two weeks, we need the Court's assistance to ensure the depositions are completed before the deadline.

      We thank the Court for its consideration.

Respectfully submitted,

PEM LAW LLP

*Attorney for Plaintiffs*

By: s/ *Jessica A. Merejo*

JESSICA A. MEREJO

JAM

cc: Counsel of record (via CM/ECF)