

**Jessica A. Merejo, Esq.**
**Senior Associate**
jmerejo@pemlawfirm.com
*Office:* +1 973.577.5500
*Direct:* +1 973.567.7832

December 10, 2025

<u>VIA CM/ECF</u>

Hon. Harvey Bartle, III, U.S.D.J.
U.S. District Court, District of New Jersey (by designation)
c/o U.S. District Court, Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

      Re:    <u>In re Daniel's Law Compliance Litigation</u>
           Civil Action Nos.    24-4098 (Quantarium Alliance, LLC)
                                25-1535 (Innovative Web Solutions, LLC)

Dear Judge Bartle:

      Thank you very much for your quick response to Plaintiffs' letter filed earlier today.

      Defendants have now confirmed dates for both depositions. Tomorrow's conference with the Court can be cancelled.

                                Respectfully submitted,

                                **PEM LAW LLP**

                                *Attorney for Plaintiffs*

                                By: <u>s/ *Jessica A. Merejo*</u>

                                JESSICA A. MEREJO

      JAM

cc: Counsel of record (via CM/ECF)