# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> INNOVATIVE WEB SOLUTIONS, LLC, ET AL, <br><br> Defendants. | Civil Action No. 1:25-cv-01535-HB <br><br><br> **NOTICE OF MOTION FOR ADMISSION OF JOHN T. MILLS *PRO HAC VICE*** |

PLEASE TAKE NOTICE that upon the accompanying Declaration of John T. Mills, dated December 16, 2025, the accompanying Declaration of Clair Elizabeth Wischusen, dated December 16, 2025, and all prior papers and proceedings heretofore had herein, the undersigned attorney for Defendant, INNOVATIVE WEB SOLUTIONS, LLC will move this Court at such time as is designated by the Court, at the United States Courthouse, 402 East State Street, Trenton, New Jersey, pursuant to Local Rule 101.1(c) of the United States District Court for the District of New Jersey, for an Order admitting JOHN T. MILLS *pro hac vice*, to act as co-counsel in the above-captioned action for Defendant, INNOVATIVE WEB SOLUTIONS, LLC.

Dated: December 16, 2025

*/s/ Clair Wischusen*
Clair Wischusen (NJ# 018022009)
**GORDON REES SCULLY MANSUKHANI LLP**
277 S. Washington Street
Suite 550
Alexandria, Virginia  22314
cwischusen@grsm.com

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on December 16, 2025 a true and accurate copy of the foregoing Notice of Motion for Admission of JOHN T. MILLS *Pro Hac Vice* has been electronically filed with the Clerk of this Court via this Court's CM/ECF System, which will send notice to all counsel of record registered with this Court's Electronic Case Filing System.

      */s/ Clair Wischusen*
      Clair Wischusen