# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> INNOVATIVE WEB SOLUTIONS, LLC, ET AL, <br><br> Defendants. | Civil Action No. 1:25-cv-01535-HB <br><br><br> **MOTION FOR ADMISSION OF JOHN T. MILLS** *PRO HAC VICE* |

PLEASE TAKE NOTICE that upon the accompanying Declaration of John T. Mills, dated February 11, 2026, the accompanying Declaration of Clair Elizabeth Wischusen, dated February 11, 2026, and all prior papers and proceedings heretofore had herein, the undersigned attorney for Defendant, INNOVATIVE WEB SOLUTIONS, LLC respectfully moves this Court for an Order admitting JOHN T. MILLS *pro hac vice*, to act as co-counsel in the above-captioned action for Defendant, INNOVATIVE WEB SOLUTIONS, LLC.

Dated: February 11, 2026

*/s/ Clair Wischusen*
Clair Wischusen (NJ# 018022009)
**GORDON REES SCULLY MANSUKHANI LLP**
277 S. Washington Street
Suite 550
Alexandria, Virginia  22314
cwischusen@grsm.com