UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

CAMDEN OFFICE:

DATE OF PROCEEDINGS:
November 16, 2026

JUDGE: Harvey Bartle III

COURT REPORTER:

OTHERS:

DOCKET NO:
25-cv-1535

TITLE OF CASE:
Atlas Data Privacy Corporation et al.

v.

Innovative Web Solutions, LLC et al.

APPEARANCES:

Pls.: Rajiv Parikh
Julia Livingston
Jessica Merejo
Adam Shaw
Sarah Wisniewski

Defs.: John Mills

NATURE OF PROCEEDINGS:

Telephone call with counsel to discuss status of outstanding discovery responses.

/s/ Nicole Spicer
Deputy Clerk

Time Commenced: 4:00 p.m. Time Adjourned: 4:05 p.m.